JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CARL ASEPH,<br><br>Defendant. | Case No. 2:21-mj-684-EJY<br><br>**Stipulation to Continue Status Check (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for defendant John Carl Aseph, that the status check in the above-captioned matter, currently scheduled for May 18, 2022 be vacated and continued to a date convenient to the Court, but no sooner than 60 days.

/ / /

/ / /

/ / /

This stipulation is entered into for the following reasons:

1. On November 24, 2021, the Court ordered the parties to file a stipulation and order closing the case in the event that defendant completed all obligations imposed by the Court in this case by May 18, 2022. ECF No. 8.

2. Defendant Joseph Carl Aseph needs additional time to complete the conditions as ordered.

3. Defendant is not in custody and does not object to the continuance.

4. Counsel for the parties agree to the continuance.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

6. Denial of this request for continuance would result in a miscarriage of justice.

This is the first request for continuance of the status check in this case.

DATED this 12th day of May, 2022.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

/s/ Benjamin Nemec  
BENJAMIN NEMEC, AFPD  
Counsel for defendant FORD

JASON M. FRIERSON  
United States Attorney

/s/ Mina Chang  
MINA CHANG  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CARL ASEPH,<br><br>　　　　Defendant. | Case No. 2:21-mj-684-EJY<br><br>**Findings of Fact, Conclusions of Law and Order** |

### **FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

7. On November 24, 2021, the Court ordered the parties to file a stipulation and order closing the case in the event that defendant John Carl Aseph completed all obligations imposed by the Court by May 18, 2022. ECF No. 8.

8. Defendant John Carl Aseph needs additional time to complete the conditions ordered.

9. Defendant is not in custody and does not object to the continuance.

10. The parties agree to the continuance.

11. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

/ / /

/ / /

/ / /

3

12. Denial of this request for continuance would result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the status check date in the above-captioned matter currently scheduled for May 18, 2022 is hereby VACATED, and RESET for

<u>July 27, 2022</u> at **9:00am** in Courtroom 3D.

DATED this <u>16th</u> day of May, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE