**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CARL ASEPH,<br><br>    Defendant. | Case No. 2:21-MJ-684-EJY<br><br>**<u>ORDER</u>** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Status Check Hearing currently scheduled on Wednesday, July 27, 2022 at the hour of 9:00 a.m., be vacated and continued to November 9, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

    DATED this 27th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3